AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HEARTFIELD, THAD | U.S.D.C. (TEXAS EASTERN) | 03/30/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| POST OFFICE BOX 949 <br> BEAUMONT, TEXAS 77704 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 03/30/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 03/30/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Annuity Ins. Co. (AIG) | A | Interest | J | T | | | | | |
| 2. Annuity Ins. Co. (AIG) | A | Interest | J | T | | | | | |
| 3. Southtrust Bank, Checking | A | Interest | K | T | | | | | |
| 4. Southtrust Bank, Checking | A | Interest | J | T | | | | | |
| 5. Southtrust Bank, Checking | A | Interest | J | T | | | | | |
| 6. Hebbronville State Bank Stock | | None | J | T | | | | | |
| 7. Anadarko Petroleum Corp. | A | Royalty | J | T | | | | | |
| 8. General American Universal Life | | None | K | T | | | | | |
| 9. UBS RMA | B | Dividend | L | T | | | | | |
| 10. UBS IRA#1 Money Market | A | Dividend | K | T | | | | | |
| 11. FICO strips 2/3/08 | | None | K | T | | | | | |
| 12. US Treas. strips 5/15/09 | | None | L | T | | | | | |
| 13. Fannie Mae (FMNA) 6.15 12/10/07 | B | Interest | K | T | | | | | |
| 14. Fed. Home Loan Mortgage (FHLMC) 5.125 10/15/08 | B | Interest | K | T | | | | | |
| 15. Fed. Home Loan Bank 5.79 4/27/09 | B | Interest | K | T | | | | | |
| 16. FNMA Call Step-up Nts 4.0 9/21/12 | A | Interest | K | T | Buy | 3/9 | K | | |
| 17. FHLMC Callable 4.625 5/28/13 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FHLMC Step up Mtn 4.00 10/15/16 | A | Interest | K | | | | | | |
| 19. FHLB Callable 5.00 6/26/18 | B | Interest | K | | | | | | |
| 20. Alliance Bernstein Grth & Inc. | A | Dividend | K | | | | | | |
| 21. MS Equally Weighted S&P 500 Fund | A | Dividend | J | T | | | | | |
| 22. Oppenheimer Strategic Income | C | Dividend | L | T | | | | | |
| 23. Federated Bond Fund | C | Dividend | L | T | | | | | |
| 24. Davis New York Venture | A | Dividend | K | T | | | | | |
| 25. Pimco Total Return Fund | C | Dividend | M | T | | | | | |
| 26. Bond Fund of Amer. | C | Dividend | L | T | | | | | |
| 27. EuroPacific Growth | C | Dividend | L | T | | | | | |
| 28. Growth Fund of America | A | Dividend | L | T | | | | | |
| 29. Investment Co. of America | C | Dividend | L | T | | | | | |
| 30. American National CD 5.6 CPN 2/28/05 | A | Interest | K | T | Redemption | 2/28 | K | A | |
| 31. First USA Bank CD 5.75 2/28/06 | A | Interest | K | T | | | | | |
| 32. Greenwood Trust CD 7.00 CPN 1/26/10 | A | Interest | J | T | | | | | |
| 33. Discover Bank CD 6.95 CPN 8/9/10 | A | Interest | J | T | | | | | |
| 34. Discover Bank CD 6.8 CPN 9/7/10 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Providian Nat'l CD 6.10 CPN 3/7/11 | B | Interest | K | T | | | | | |
| 36. Hartford Select (HTF) Leaders 2 Var. Annuity | | | | | | | | | |
| 37. HTF Amer. Growth Fund | | None | K | T | | | | | |
| 38. American Grth. & Income | | None | K | T | | | | | |
| 39. American Global Grth | | None | K | T | | | | | |
| 40. Franklin Mutual Shares | | None | K | T | | | | | |
| 41. MFS Total Return | | None | K | T | | | | | |
| 42. UBS IRA #2 | | | | | | | | | |
| 43. Hartford Select Leaders Variable Annuity (HTF) | | | | | | | | | |
| 44. HTF American Growth & Income | | None | K | T | | | | | |
| 45. HTF American Growth & Income | | None | K | T | | | | | |
| 46. HTF American Global Growth | | None | K | T | | | | | |
| 47. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 48. HTF MFS Total Return | | None | K | T | | | | | |
| 49. Money Market | A | Dividend | J | T | | | | | |
| 50. Nuveen Insured Muni. Oppor. Fund | B | Dividend | K | T | | | | | |
| 51. Nuveen Insured Quality Muni. Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 03/30/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 ( | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Insured Premium Income Fund | B | Dividend | K | T | | | | | |
| 53. Bank Deposit Program | A | Interest | K | T | | | | | |
| 54. Dallas TX ISD Bond 4.25% due 8/15/10 | B | Interest | K | T | | | | | |
| 55. Houston TX Area Water Corp. 5.5% due 3/1/12 | B | Interest | K | T | | | | | |
| 56. Pearland TX Cert of Oblig. 5.25% due 3/1/07 | B | Interest | K | T | | | | | |
| 57. Plano TX ISD 4.9% due 2/15/06 | B | Interest | K | T | | | | | |
| 58. Rowlett TX Cert. of Oblig. 5.5% due 2/15/07 | B | Interest | K | T | | | | | |
| 59. Sachse TX Cert. of Oblig. 5.0% due 2/15/08 | B | Interest | K | T | | | | | |
| 60. San Antonio TX Elec. & Gas 5.25% due 2/1/11 | B | Interest | K | T | | | | | |
| 61. San Antonio TX Water Rev. Bond 5.0% due 5/15/13 | B | Interest | K | T | | | | | |
| 62. San Antonio TX Elec. & Gas 5.25% due 2/1/14 | B | Interest | K | T | | | | | |
| 63. Spring TX ISD Series A 4.4% due 8/15/11 | B | Interest | K | T | Buy | 3/17 | K | A | |
| 64. TX State Rfdg. Series B 5.125% due 10/1/09 | B | Interest | K | T | | | | | |
| 65. TX State PFA Bond 5.7% due 2/1/05 | A | Interest | | | Matured | 2/1 | K | A | |
| 66. Tarrant Cnty. TX College Dist. 3.5% due 2/15/10 | B | Interest | K | T | | | | | |
| 67. TX Tech Univ. Revs. Fing. Sys. 5.0% due 8/15/25 | B. | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HEARTFIELD, THAD** | 03/30/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts - Lines 9 through 49 have been transferred from Morgan Stanley to UBS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu[blacked out] Date 3-30-06

NOTE: [blacked out] LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544